UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KERRY JOHN ALLEN                                                                                          PLAINTIFF
ADC #159342

V.                                      No. 4:20CV00953-BSM-JTR

ANTWON EMSWELLER, Warden,
Omega Unit; ANDY RUH, Major,
Omega Unit; TRICE, Nurse;
KENNEDY, Lieutenant, Omega Center;
TYLOR, Sergeant, Omega Center;
A. BAKER, Sergeant, Omega Center;
and DARRELL BASSHAM, RN                                                                         DEFENDANTS

## TRANSFER ORDER

Plaintiff Kerry John Allen ("Allen") has filed a *pro se* § 1983 Complaint alleging that, while he was incarcerated at the Arkansas Community Correction's Omega Supervision Sanction Center in Malvern, Arkansas, Defendants subjected him to excessive force and inhumane conditions of confinement, and provided him with constitutionally inadequate medical care. *Doc. 2*.

All Defendants are located in, and the events giving rise to this lawsuit occurred in, the Western District of Arkansas. *See* 28 U.S.C. § 1391(b) (venue is proper in the judicial district where "any defendant resides" or where "a substantial part of the events or omissions giving rise to the claim occurred"). Accordingly, the interest of justice will best be served by transferring the case to that federal court.

*See id.* § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas.

DATED this 16th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE