IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KERRY JOHN ALLEN                                                              PLAINTIFF

V.                               Civil No. 6:20-cv-06102-RTD

ANTON EMSWELLER (Warden, Omega
Unit), ANDY RUH (Major, Omega Unit),
TRICE (Nurse), KENNEDY (Lieutenant,
Omega Unit), TYLOR (Sergeant, Omega
Unit), A. BAKER (Sergeant, Omega Unit),
And DARRELL BASSHAM (RN)                               DEFENDANTS

**<u>ORDER</u>**

       The Court has received a Report and Recommendation (ECF No. 9) from United States Magistrate Judge Mark E Ford. Plaintiff, a pro se prisoner, has filed a complaint against state officials alleging violations of civil liberties pursuant to 42 U.S.C. § 1983 (ECF No. 2). After screening the complaint under the provisions of the Prison Litigation Reform Act, 28 U.S.C. § 1915A (the PLRA), Judge Ford recommended that Plaintiff's official capacity claims against Arkansas Division of Correction employees Emsweller, Ruh, Kennedy, Tylor, and Baker be dismissed without prejudice because state officials acting in their official capacities are not persons subject to suit under § 1983. See <u>Will v. Michigan Dept. of State Police</u>, 491 U. S. 58, 109 S.Ct. 2304, 105 L.Ed.2d 45 (1989) (holding that neither States nor state officials acting in official capacities are "persons" within the meaning of §1983). Plaintiff timely filed an Objection to the Report and Recommendation (ECF No. 11), and the matter is now ripe for consideration.

       Having conducted a *de novo* review of the portions of the report and recommendation to

1

which Petitioner has objected, 28 U.S.C. 636(b)(1), this Court finds the Objections offer neither law nor fact requiring departure from the Magistrate's findings. Accordingly, the report and recommendation (ECF No. 9) is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

    SO ORDERED this 28th day of January 2021.

*/s/Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE