IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KERRY JOHN ALLEN                                                                                          PLAINTIFF

v.                                          Case No. 6:20-cv-06102

ANTWON EMSWELLER, Warden,
Omega Unit; ANDY RUH, Major,
Omega Unit; NURSE TRICE;
LIEUTENANT KENNEDY, Omega
Center; SERGEANT TYLOR, Omega Center
SERGEANT A. BAKER, Omega Center;
and DARRELL BASSHAM, RN                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 24, 2021, by the Honorable Mark E. Ford, Chief United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 44). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*.  Judge Ford recommended that this case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b), based on Plaintiff's failure to prosecute his case and failure to comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*.  Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 2) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 14th day of October 2021.

.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**